Dennis P. Conner (Bar No. 283)
Keith D. Marr (Bar No. 5999)
Gregory G. Pinski (Bar No. 5254)
J.R. Conner (Bar No. 36402194)
CONNER, MARR & PINSKI, PC
P. O. Box 3028
Great Falls, MT 59403-3028
Telephone: (406) 727-3550
Facsimile: (406) 727-1640
Email:  keith@mttrials.com
        dennis@mttrials.com
        greg@mttrials.com
        jr@mttrials.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRIAN W. GEIKE,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware corporation,<br><br>Defendant. | Cause No. CV-23-72-GF-BMM<br><br>**COMPLAINT AND JURY DEMAND** |

**COMES NOW** Plaintiff Brian Geike and alleges the following:

1. Plaintiff is a citizen and resident of Great Falls, Cascade County, Montana.

2. Defendant BNSF Railway Company is a corporation organized under Delaware law. Defendant operates a railway company in interstate commerce and conducts business within the State of Montana. Defendant has tracks and facilities throughout Montana, including tracks and facilities in Great Falls, Cascade County, Montana, and engages in interstate commerce in the same.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and/or 28 U.S.C. § 1332(a) (civil action between citizens of different states where the matter in controversy exceeds $75,000, exclusive of interests and costs).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because BNSF resides in this district and a substantial part of the events giving rise to this claim occurred in this district. Plaintiff is making a personal injury claim for being injured in his railroad workplace within the State of Montana. Under the Federal Employers' Liability Act, 45 U.S.C. § 51, *et seq.*, ("FELA"), venue and jurisdiction are proper in this district as this cause of action arose in this district and BNSF does business in this district under 45 U.S.C. § 56.

5. This cause of action arises under the FELA.

6. Defendant hired Plaintiff in February 2011 to perform railroad work on premises and equipment owned by Defendant in Montana. Since February 2011, Plaintiff has worked as a conductor and/or engineer for Defendant at various locations throughout Montana.

7.On February 5, 2021, Plaintiff was working as a conductor/engineer for Defendant when his duties required him to use a safety handhold affixed to the end of a railcar in Defendant's train which was defective and broke, causing Plaintiff to fall and sustain injuries which were caused, in whole or in part, by one or more of the following acts of negligence and/or of federal railroad safety regulations, by Defendant acting through its agents or employees, singularly or in combination:

a.Defendant failed to provide Plaintiff with reasonably safe equipment for work;

b.Defendant failed to provide Plaintiff with reasonably safe working conditions;

c.Defendant failed to provide Plaintiff with reasonably safe methods of work;

d.Defendant failed to properly maintain, inspect, and/or repair its equipment with which Plaintiff was required to work;

e.Defendant failed to properly warn Plaintiff of the defective condition of the safety handhold on its railcar;

f.Defendant used or allowed to be used on its railroad lines a vehicle equipped with a handhold that was not secure in violation of the Safety Appliance Act, 49 U.S.C. § 20302(a)(1) and (2) constituting negligence *per se;* and

    g.    Defendant violated 49 C.F.R. § 231, *et seq.* Safety Appliance Standards constituting negligence *per se.*

8.    These photos depict the subject rail car where Plaintiff was injured:

 

9.    Plaintiff is a member of the class of persons who can invoke the provisions of the Federal Safety Appliance Act and Federal Safety Appliance Regulations.

10.    Defendant is strictly liable to Plaintiff for all damages caused by the violations of the Federal Safety Appliance Act and the Federal Safety Appliance Regulations.

11.    As a result, in whole or in part, because of one or more of the foregoing negligent acts or omissions or violations of federal statutes/regulations, Plaintiff sustained injuries to his neck, back, shoulder, and knee.  Plaintiff has required

medical care, surgeries, and is reasonably certain to require additional medical treatment in the future; he has incurred and will continue incurring necessary and reasonable medical expenses; he has experienced and will continue to experience physical pain and emotional distress; he has experienced and will continue to experience a loss of established course of life and loss of household services; he has lost and is reasonable certain to lose in the future wages, benefits, and earning capacity; all to his damage in excess of $75,000.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that the Court award damages as follows:

1. For reasonable compensation for Plaintiff's past and future medical and related expenses caused by Defendant's unlawful conduct;

2. For reasonable compensation for Plaintiff's lost earnings and loss of earning capacity caused by Defendant's unlawful conduct;

3. For reasonable compensation for Plaintiff's past and future physical and emotional pain and suffering caused by Defendant's unlawful conduct;

4. For reasonable compensation for Plaintiff's past and future loss of enjoyment of established course of life caused by Defendant's unlawful conduct;

5. For reasonable compensation for Plaintiff's past and future loss of personal and household services caused by Defendant's unlawful conduct;

6. For such other special and general damages available under the law;

7.  For costs and disbursements incurred herein; and

8.  For such other and further relief as the Court deems just and proper.

Dated:   November 17, 2022.

                                  CONNER, MARR & PINSKI, PC

                                  BY: /s/ Gregory G. Pinski
                                      Gregory G. Pinski
                                      P.O. Box 3028
                                      520 Third Avenue North
                                      Great Falls, MT 59403-3028
                                      Telephone: (406) 727-3550
                                      Facsimile: (406) 727-1640
                                      greg@mttrials.com
                                      ATTORNEYS FOR PLAINTIFF

## **JURY DEMAND**

Plaintiffs demand a jury trial on all issues triable to a jury.

Dated: November 17, 2022.

                                  CONNER, MARR & PINSKI, PC

                                  /s/ Gregory G. Pinski
                                  Gregory G. Pinski
                                  P.O. Box 3028
                                  520 Third Avenue North
                                  Great Falls, MT 59403-3028
                                  Telephone: (406) 727-3550
                                  Facsimile: (406) 727-1640
                                  greg@mttrials.com
                                  ATTORNEYS FOR PLAINTIFF