IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRIAN W. GEIKE,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware corporation,<br><br>Defendant. | Cause No. CV-23-0072-GF-BMM<br><br>**ORDER** |

Upon the Stipulated Motion to Dismiss with Prejudice, (Doc. 34), and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, with each party to bear his or its own litigation expenses and attorney fees.

DATED this 27th day of March, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1